■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON TAYLOR, Appellant. [26 NYS3d 882]—Appeal by the defendant from an order of the Supreme Court, Queens County (Aloise, J.), dated April 25, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court providently exercised its discretion in denying the defendant's application for a downward departure from his presumptive designation as a level three sex offender under the Sex Offender Registration Act (Correction Law art 6-C [hereinafter SORA]). The defendant failed to demonstrate the existence of a mitigating factor of a kind or to a degree not otherwise taken into account by the SORA Guidelines that warranted a downward departure from his presumptive risk level designation (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Nowicki*, 133 AD3d 732, 732-733 [2015]; *People v Shelton*, 126 AD3d 959, 960 [2015]). Dillon, J.P., Chambers, Dickerson and Barros, JJ., concur.